ANDREW DELAHUNT, ESQ.
Cal. State Bar No. 285512
LAW OFFICES OF ANDREW DELAHUNT
8749 Holloway Drive
West Hollywood, CA 90069
Phone:  (310) 351-7332
Fax:      (310) 652-1501
DelahuntLaw@Gmail.com

Attorney for Defendant,
EFRAIN LOZADA ROSAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**EFRAIN LOZADA ROSAS,** *et. al.*,<br><br>**Defendants.** | **Case No.: 15-CR-92-LJO-SKO-1**<br><br>**STIPULATION AND ORDER TO RECALENDAR DEFENDANT EFRAIN LOZADA ROSAS'S ARRAIGNMENT ON THE INDICTMENT FROM APRIL 3, 2015 TO APRIL 6, 2015.** |

IT IS HEREBY STIPULATED by Defendant EFRAIN LOZADA ROSAS, by and through his counsel, Andrew Delahunt, Esq., and Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, the United States Attorney for the Eastern District of California and Assistant United States Attorney Henry Carbajal, that Efrain Lozada Rosas's Arraignment on the Indictment, currently calendared for April 3, 2015 at 1:30 p.m., shall be taken off calendar, and the Arraignment on the Indictment shall be calendared on Monday, April 6, 2015 at 1:00 p.m. before Magistrate Judge Sheila K. Oberto, to coincide with the status conference set for Defendant Rosas and four other co-defendants.

Further, the Parties stipulate that the period of Thursday April 2, 2015 to Monday April 6, 2015, inclusive, is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.*, as the delay is to preserve continuity of counsel for the Defendant.

The Parties make this Stipulation because the matter was placed on calendar for the first time on April 2, 2015, and Mr. Delahunt, counsel for the Defendant, is required to be in Los Angeles Superior Court on April 3, 2015, and is therefore unavailable to appear in the Eastern District on April 3, 2015.

Dated:  April 2, 2015

Respectfully Submitted,

LAW OFFICES OF MICHAEL D. GRAHN

/s/ .
ANDREW DELAHUNT, ESQ.
Attorney for Defendant
EFRAIN LOZADA ROSAS

/s/ .
HENRY CARBAJAL, ESQ.
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Efrain Lozada Rosas's, Arraignment on the Indictment, currently calendared for April 3, 2015 at 1:30 p.m., shall be taken off calendar and the Arraignment on the Indictment shall be calendared on Monday, April 6, 2015 at 1:00 p.m. before Magistrate Judge Sheila K. Oberto.

It is further ORDERED that the period of Thursday April 2, 2015 to Monday April 6, 2015, inclusive, is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq., as the delay is necessary to preserve continuity of counsel for the Defendant.

IT IS SO ORDERED.

Dated:   **April 3, 2015**               /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE