BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>EFRAIN LOZADA ROSAS,<br><br>　　　　　　　　Defendant. | CASE NO. 1:15-CR-00092-LJO-SKO<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based on the plea agreement entered between Plaintiff United States of America and defendant Efrain Lozada Rosas, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §2461(c), defendant Efrain Lozada Rosas' interest in the following property shall be condemned and forfeited to the United States, to be disposed of according to law:

I.　　Items seized on March 13, 2015 from 1319 Whitton Avenue in San Jose, California (all numbers are approximate):

　　　A.　74,998 counterfeit audio CDs

　　　B.　53,780 counterfeit movie DVDs

　　　C.　$6,999 in US Currency

Preliminary Order of Forfeiture　　　　　　　1

1      D.      Color copy CD/DVD case inserts

2      E.      Empty CD/DVD cases

3      F.      Sylvania DVD Player, S/N: A1406114170005704

4      G.      LG Cellular Phone, model LGMSSOO, S/N: 404CYAS586824

5      H.      LG Cellular Phone, model LGMS323, S/N: 410CYYQ092698

6      I.      Aquos Sharp Cellular Phone, model 306SH, FCC ID: APYHR000204

7      J.      ZTE Cellular Phone, model N9130, S/N: N9130B01

8      K.      MetroPCS Cellular Phone, model ZTE Z730, S/N: 18327B42070D25.

II. Items seized on March 13, 2015 from 1668 McKee Road, Suite 7A in San Jose, California (all numbers are approximate):

     A.      6,274 counterfeit movie DVDs

     B.      Empty CD jewel cases and DVD cases

     C.      Color copy CD/DVD case inserts

     D.      Bulk white paper

     E.      LG Cellular Phone, model LGMS500, S/N: 405CYTB728737

     F.      LG Cellular Phone, model LGMS500, S/N: 405CYTB687265

     G.      LG Cellular Phone, model MS323, IMEI: 014250000925235

     H.      Konica Minolta Bizhub photocopier, model C200, S/N: 622700919

     I.      Konica Minolta Bizhub photocopier, model C200, S/N: 62270130

     J.      Konica Minolta Bizhub photocopier, model C200, S/N: ADENOY0000650

     K.      7 Disc duplicator tower, Plextor, no S/N

     L.      12 Disc duplicator tower, S/N: 2136652857

     M.      12 Disc duplicator tower, Super Rite Master Duplicator, S/N: F07040050090

     N.      10 Disc duplicator tower, Plextor, no S/N

     O.      12 Disc duplicator tower, S/N: 522080632

Preliminary Order of Forfeiture      2

|   |   |   |
|---|---|---|
| 1 | P. | 12 Disc duplicator tower, LG, S/N: 891113822878 |
| 2 | Q. | Two (2) 12 Disc duplicator towers, Plextor, no S/N |
| 3 | R. | 12 Disc duplicator tower, S/N: 1002003001108 |
| 4 | S. | 12 Disc duplicator tower, Pioneer drives, marked 2-27-15, no S/N |
| 5 | T. | Five (5) 12 Disc duplicator towers, Pioneer drives, no S/N |
| 6 | U. | 12 Disc duplicator tower, S/N: 10020030050 |
| 7 | V. | 12 Disc duplicator tower, S/N: 10020090036 |
| 8 | W. | 12 Disc duplicator tower, S/N: 10020090049 |
| 9 | X. | HP Pavilion Desktop Computer, model A6530F, S/N: 3CR8231VWO |
| 10 | Y. | HP Compaq Desktop Computer, model DC7600, S/N: 2UA5520FFD |
| 11 | Z. | Generic Desktop Computer, Black and Yellow, no S/N |
| 12 | AA. | Dell Laptop Computer, model D520, service tag DNCYCF-1 |
| 13 | BB. | Azza Desktop Computer, Black and Orange, no S/N |
| 14 | CC. | Western Digital Passport External Hard Drive, S/N: WX21E54MD447 |
| 15 | DD. | Kingston Data Traveler Thumb Drive, 4GB, model G3 |
| 16 | EE. | 16 Thumb drives |
| 17 | FF. | Sonkik Data 4GB thumb drive |

18  III. Items seized from CORNELIO ROJAS in Atwater, California on March 16,
19  2015:

|   |   |   |
|---|---|---|
| 20 | A. | 934 counterfeit audio CDs |
| 21 | B. | 426 counterfeit movie DVDs |
| 22 | C. | LG Cellular Phone, model LG-P659, S/N: 310CYJZ327140 |
| 23 | IV. | Toyota Camry, CA License 5UED122, VIN: 4T1BE46K37U504969 |
| 24 | V. | Chevy Van, CA License 6JGH817, VIN: 1GA261DG8A1102507 |

25  2.  The above-listed assets represent any property real or personal, that
26 constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly
27 as a result of the commission of a violation of 18 U.S.C. § 371.
28  3.  Pursuant to Rule 32.2(b), the Attorney General (or designee) shall be

Preliminary Order of Forfeiture                    3

authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the United States Marshals Service in their secure custody and control.

     4.  a.  Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the Order of Forfeiture.  Notice of this Order and notice of the Attorney General's (or designee's) intent to dispose of the property in such a manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture as a substitute for published notice as to those persons so notified.

     b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct notice, whichever is earlier.

     5.  If a petition is filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

   Dated:   **April 27, 2016**　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE